

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00057-CR

| | | |
|---|---|---|
| JUAN ANTONIO RODRIGUEZ, Appellant | § | On Appeal from the 89th District Court |
| | § | of Wichita County (59,484-C) |
| V. | § | January 31, 2019 |
| | § | Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel